OWSLEY and another vs. CASE and another.

In an action by a party in possession of lands as owner, to procure the cancellation of a tax deed of the same to a married woman and claimed by her as her separate property, her husband must be joined with her as a co-defendant.

APPEAL from the Circuit Court for *Winnebago* County.

Action in the nature of a bill *quia timet* brought by *Owsley & Perkins* against *Betsey K. Case* and *Jackson Case* her husband, to set aside a tax deed which *Betsey K. Case* had obtained on the lands mentioned in the complaint and which she claimed as her separate property. The court below non-suited the plaintiffs on the ground that the husband was improperly joined in the action, and the proofs did not show that he had any interest in the property in his own right.

*Whittemore & Weisbrod,* for appellants.

*Freeman & Jackson,* for respondents.

*By the Court*, DIXON, C. J.   Appeal by 'plaintiffs from a judgment of involuntary non-suit, and for costs against the plaintiffs in favor of the defendant *Jackson Case*, the husband of the defendant *Betsey K.*   The action was in the nature of a bill *quia timet*, by the plaintiffs as owners in possession of certain real estate, to procure the cancellation of a tax deed of the same land to the defendant *Mrs. Case*, and which she claimed as her separate property.   The question whether the husband is a necessary party in such case, was before us in *Oatman vs. Goodrich*, 15 Wis., 589, and we decided that he was.

The judgment must therefore be reversed and the cause remanded for further proceedings according to law.